UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| YULIY BARYSHNIKOV, et al., )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>ALEJANDRO MAYORKAS, in his official )<br>capacity as Secretary of Homeland Security, )<br>et al., )<br>)<br>Defendants. ) | Case No. 22-CV-2240 |

## ORDER

Plaintiffs filed their Motion for a Temporary Restraining Order ("TRO") (#2) on June 27, 2022. Plaintiffs request this court enjoin certain sections of Presidential Proclamation 10043, which bars the issuance of F and J visas to a Chinese national "who either receives funding from or who currently is employed by, studies at, or conducts research at or on behalf of, or has been employed by, studied at, or conducted research at or on behalf of, an entity in the PRC [People's Republic of China] that implements or supports the PRC's 'military-civil fusion strategy.'" Plaintiffs argue that the Proclamation has resulted in the denial of Plaintiff Li's visa to the United States to collaborate and engage in research with Plaintiff Baryshnikov at the University of Illinois Urbana-Champaign. On June 28, 2022, this court entered a text order directing Defendants to respond to Plaintiffs' Motion within 30 days of proof of service by Plaintiffs upon Defendants.

On July 28, 2022, Defendants filed a Notice (#5) indicating their intent to respond to Plaintiffs' Motion by August 11, 2022.  The Notice stated that Plaintiffs emailed their Motion to the U.S. Attorney's Office for the Central District of Illinois on June 28, 2022.  Defendants stated they were only filing this Notice "out of an abundance of caution," as (1) no proof of service had been filed by Plaintiffs, (2) the U.S. Attorney's Office had not been properly served, and (3) Defendants had not agreed to waive service.

On August 2, 2022, Defendants filed a "Notice of Proper Service" (#6), indicating that, on August 1, 2022, Defendants had been properly served with the Complaint (#1) pursuant to Federal Rule of Civil Procedure 4.  Thus, pursuant to this court's text order of June 28, 2022, giving Defendants 30 days from the date of service to file their response, Defendants stated that they would be filing their response to Plaintiffs' TRO Motion on August 31, 2022, not August 11, 2022.

On August 8, 2022, Plaintiffs filed a Motion to Set Defendants' TRO Response Deadline (#8), in which they argued that the court should hold Defendants to their promised August 11, 2022, response deadline.  Plaintiffs argue that Defendants should be required to respond by August 11, 2022, so that they can submit new visa applications and conduct their required interviews with U.S. consular officers.  Plaintiffs acknowledge that, although it is unlikely that any of them could legally travel to the U.S. on a student visa "within the 14-day period of a TRO," they argue that "a restraining order is [a] necessary prerequisite to completing the visa process so that they could travel timely for the beginning of the academic year[,]" and that a "delay in

briefing until the end of August or later, necessarily means that the students will be unable to start the Fall semester on time, and some will lose their spots at their respective programs due to the inability to travel."

The court is mindful that Defendants initially indicated that they would file a response to the TRO by August 11, 2022. The court acknowledges that, as a result, Plaintiffs may have had some reliance on the August 11, 2022, date, in terms of expectations as to how soon an injunction could potentially be issued enjoining operation of the Presidential Proclamation, enabling them to be issued visas in time for the Fall 2022 academic semester.

However, such reliance is presumptive. The first day of instruction in the academic year at the University of Illinois Urbana-Champaign campus is August 22, 2022. See University of Illinois Urbana Champaign 2022-2023 Academic Calendar, senate.illinois.edu/academic_calendars/2022-2023.pdf (last visited August 11, 2022). Even if Defendants filed their response on August 11, 2022, the court, upon reviewing the briefs, may have directed Plaintiffs to file a reply, and even then, as the court noted in its June 28, 2022 text order, may have set the matter for oral argument. The court would then need to find a date on its crowded calendar with enough open time to entertain the parties' arguments, which would almost certainly push the eventual issuance of a ruling on the TRO to *after* the August 22, 2022, start-of-instruction date at the University.

Further, Plaintiffs seemingly presume that the court would issue a ruling almost immediately following the completion of briefing or the holding of the hearing. However, as stated the court has a crowded docket, and multiple other matters, such as criminal cases, demand the court's attention, are just as urgent as Plaintiffs' case, and have been pending for far longer.

This brings the court to another point: the urgency of the relief sought by Plaintiffs. The Presidential Proclamation in question was issued on May 29, 2020, more than two years before Plaintiffs filed their Complaint and Motion for Temporary Restraining Order. Plaintiffs certainly would have had notice long before June 27, 2022, that their visas could be impacted by the Proclamation. Indeed, in the Complaint, several Plaintiffs allege that their visa applications to study in the U.S. have been denied "multiple times" under the Proclamation. Moreover, based on a cursory perusal of Google and Westlaw, since its enactment in May 2020, no other party has filed a legal challenge to Presidential Proclamation 10043 and sought relief from its provisions, emergency or otherwise.

Having weighed the arguments before it, the court believes that a response date for Defendants of August 24, 2022, is appropriate. The court believes this will have given Defendants sufficient time from the day they were served to prepare a response to Plaintiffs' Motion, and will not prejudice or harm Plaintiffs any more than they would have been had Defendants been held to the August 11, 2022, response date, for the reasons stated above.

IT IS THEREFORE ORDERED:

Plaintiffs' Motion to Set Defendants' TRO Response Deadline (#8) is DENIED. Defendants' response to Plaintiffs' Motion for a Temporary Restraining Order (#2) is due by August 24, 2022.

ENTERED this 11th day of August, 2022.

s/ COLIN S. BRUCE
U.S. DISTRICT JUDGE