# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| YULIY BARYSHNIKOV, et al., § § § Plaintiffs, § § v. § CASE NO: 2:22-cv-02140-CSB-EIL § ALEJANDRO MAYORKAS, in his § official capacity as Secretary of Homeland § Security, et. al., § § § Defendants. § | |

## ORDER OF DISMISSAL

In accordance with the Parties' Joint Stipulation of Dismissal filed on October 26, 2022, the Court ORDERS that the claims raised by Plaintiff YJ Ren are dismissed without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

SIGNED this __1st__ day of __November__, 2022

s/ERIC I. Long
THE HONORABLE COLIN S. BRUCE
UNITED STATES DISTRICT JUDGE